# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| **IN RE HARTFORD FIN. SVC. GROUP INC. ERISA LITIG.** | ) ) ) ) ) ) ) ) ) | MASTER FILE: 3:08-CV-01708 (WIG)<br><br>THIS DOCUMENT RELATES TO:<br>ALL ERISA ACTIONS<br><br>**March 16, 2012** |

### NAMED PLAINTIFFS' MOTION FOR FINAL APPROVAL OF SETTLEMENT, CERTIFICATION OF SETTLEMENT CLASS, AND APPROVAL OF THE PLAN OF ALLOCATION

Plaintiffs Douglas W.J. Ninow, S. Carl Morello, Betsy C. Dobson, Suzanne Richard, Margaret Mundy, Joe DeSalvo, Denise Jump, and Frank DeJesu ("Named Plaintiffs" or "Plaintiffs") respectfully move for an Order:

(a) certifying a Settlement Class consisting of "All persons, other than Defendants, who were participants in, or beneficiaries of, The Hartford Investment and Savings Plan at any time between December 10, 2007, and August 31, 2011, whose accounts included investments in the Hartford Financial Services Group, Inc. Stock Fund;"

(b) appointing Douglas W.J. Ninow, S. Carl Morello, Betsy C. Dobson, Suzanne Richard, Margaret Mundy, Joe DeSalvo, Denise Jump, and Frank DeJesu as Class Representatives for the Settlement Class;

(c) appointing the following firms as Class Counsel for the Settlement Class: (a) Izard Nobel LLP, (b) Kessler Topaz Meltzer & Check, LLP, and (c) Harwood Feffer LLP.

(d) approving the proposed Settlement Agreement as fair, reasonable and adequate to the Settlement Class; and

(e) approving the Plan of Allocation as fair, reasonable and adequate to the Settlement Class.

The grounds for the Motion are set forth in the supporting Memorandum filed herewith, as well as in the Declaration of Robert A. Izard in Support of Motions for Final Approval of Settlement, Certification of Settlement Class and Approval of the Plan of Allocation and for an Award of Attorneys' Fees, Reimbursement of Expenses and Case Contribution Awards (the "Izard Declaration), and all of the exhibits attached thereto, which will be filed concurrently with this Motion. A proposed Final Judgment and Order is attached hereto.

WHEREFORE, Plaintiffs move that the Motion be granted.

Respectfully submitted,

PLAINTIFFS,

/s/ Robert A. Izard

**IZARD NOBEL LLP**
Robert A. Izard (CT 01601)
Mark P. Kindall (CT 13797)
Nancy A. Kulesa (CT 25384)
29 South Main Street, Suite 215
West Hartford, Connecticut 06107
Tel: (860) 493-6292
Fax: (860) 493-6290

**KESSLER TOPAZ
    MELTZER & CHECK, LLP**
Joseph H. Meltzer
Edward W. Ciolko
Mark K. Gyandoh
Julie Siebert-Johnson
280 King of Prussia Road
Radnor, PA 19087
Tel.: (610) 667-7706
Fax: (610) 667-7056

**HARWOOD FEFFER LLP**
Robert I. Harwood
Jeffrey M. Norton
488 Madison Avenue
New York, NY 10022

2

Tel.:(212) 935-7400
Fax:(212) 753-3630

*Interim Co-Lead Class Counsel*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on March 16, 2012, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing system will be sent by e-mail to all parties by operation of the Court's electronic filing system or will be served on all parties not registered for electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                          /S/ ROBERT A. IZARD
                                          Robert A. Izard